**Order entered August 25, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00782-CV

**FRISCO SQUARE DEVELOPERS, L.L.C., Appellant**

**V.**

**GEARBOX SOFTWARE, L.L.C., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02307-2015**

## ORDER

We **GRANT** appellee's August 20, 2015 motion for an extension of time to file a brief.

Appellee shall file a brief by **SEPTEMBER 25, 2015**. We caution appellee that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE